| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| 2 | LAW OFFICES OF NICHOLAS F. REYES<br>1107 R STREET |
| 3 | FRESNO, CA 93721<br>Telephone: 559-486-4500 |
| 4 | Facsimile: 559-486-4533<br>Email: nfreyeslaw@gmail.com |
| 5 | Attorney for Defendant |
| 6 | PEDRO GAVINO-ROBLES |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR:00231 SKO |
| Plaintiff, | WAIVER OF APPEARANCE AND ORDER |
| v. | |
| PEDRO GAVINO and PEDRO GAVINO-ROBLES, | |
| Defendant. | |

Defendant, PEDRO GAVINO-ROBLES, hereby waives his right to be present in person in open court on this date February 4, 2019 at 1:00p.m. before the Honorable Judge Sheila K. Oberto in the above-entitled court. Defendant hereby requests the court proceed in his absence and agrees that his interests will be deemed represented at future court-ordered dates by presence of his attorney, NICHOLAS F. REYES. Defendant further agrees to be present in person in court on notice to counsel at any future court dates including trial confirmation and jury trial court date, or any date specifically requiring his physical presence.

1

Dated: January ___, 2019

_____
PEDRO GAVINO-ROBLES

Respectfully Submitted,

Dated: January 30, 2019

/s/ Nicholas F. Reyes
Nicholas F. Reyes, Esq.
Attorney for Defendant
PEDRO GAVINO-ROBLES

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that Defendant **PEDRO GAVINO-ROBLES** is excused from appearing at any future hearings, *unless required by Rule 43 of the Federal Rules of Criminal Procedure*.

IT IS SO ORDERED.

Dated: **January 30, 2019**            /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE

OBLES

3