PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO GAVINO-ROBLES,<br><br>Defendant. | CASE NO.  1:18-CR-00231-JLT-SKO<br><br>MOTION TO DISMISS; [~~PROPOSED~~] ORDER |

Pursuant to the plea agreement, Plaintiff United States of America, by and through its counsel of record, hereby moves to dismiss the above-captioned case against defendant Pedro Gavino-Robles.

Dated:  September 27, 2023                    PHILLIP A. TALBERT
                                                          United States Attorney


                                                          /s/ KAREN A. ESCOBAR
                                                          KAREN A. ESCOBAR
                                                          Assistant United States Attorney


**[~~PROPOSED~~] ORDER**

IT IS SO ORDERED.

Dated:   **September 27, 2023**

                                                          UNITED STATES DISTRICT JUDGE